1  KING LAW OFFICES
   CATHERINE KING SBN 145940
2  2051 HILLTOP DR., STE A28
   REDDING, CA 96002
3  PH: (530) 221-2640; FAX: (866) 808-2223
   e-mail: king_catherine@att.net
4
   Attorney for Plaintiffs



IT IS SO ORDERED
Judge Vaughn R Walker
30Mar2010

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ROSARIO AND LIBERTY ROSARIO, | CASE NO. 3:09-CV-05915-VRW |
| Plaintiffs, | **NOTICE OF VOLUNTARILY DISMISSAL OF ALL DEFENDANTS WITHOUT PREJUDICE** |
| v. | |
| AMERICAN HOME MORTGAGE SERVICING, INC.; AMERICAN BROKERS CONDUIT; FINANCIAL TITLE COMPANY; STREAMLINE FUNDING, INC.; MANUEL B. DULOS; BERNARDO BARIS GANO, JR.; JOHN PADGETT and DOES 1-20 inclusive, | FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i) |
| Defendants. | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiffs DEAN and LIBERTY ROSARIO file their notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiffs are DEAN ROSARIO and LIBERTY ROSARIO (hereinafter referred to as "Plaintiffs").

2. Defendants are AMERICAN HOME MORTGAGE SERVICING, INC.; AMERICAN BROKERS CONDUIT; FINANCIAL TITLE COMPANY; STREAMLINE FUNDING, INC.; MANUEL B. DULOS; BERNARDO BARIS GANO, JR.; and, JOHN

1  PADGETT.

2  3. Plaintiffs sued Defendants on December 17, 2009 in the United States District
3  Court, Northern District of California.

4  4. Defendants AMERICAN HOME MORTGAGE SERVICING, INC. and
5  MANUEL B. DULOS have been served and have not filed answers.

6  5. AMERICAN BROKERS CONDUIT, FINANCIAL TITLE COMPANY,
7  STREAMLINE FUNDING, INC., BERNARDO BARIS GANO, JR, and JOHN PADGETT have
8  not been served.

9  6. This case is not a class action.

10  7. A receiver has been appointed in this case.

11  8. This case is not governed by any federal statute that requires a court order for
12  dismissal of the case.

13  9. Plaintiffs have not dismissed an action based on or including the same claims as
14  those presented in this suit.

15  10. This dismissal is without prejudice to refiling.

DATED: March 23, 2010                           Respectfully submitted,


                                                /s/ Catherine King
                                                CATHERINE KING
                                                Attorney for Plaintiffs
                                                Dean Rosario and Liberty Rosario

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )ss.
COUNTY OF SACRAMENTO )

I am a citizen of the United States and a resident of the County of Sacramento.  I am over the age of 18 years and not a party to the within above-entitled action; my business address is 2882 Prospect Park Dr, Ste 350, Rancho Cordova, California, 95670

On this date I served the foregoing document described as follows:

**NOTICE OF VOLUNTARILY DISMISSAL OF ALL DEFENDANT WITHOUT PREJUDICE**

on the following interested parties in this action:

SEE ATTACHED SERVICE LIST

The following is the procedure in which service of this document was effected:

❏  Facsimile, Time: _____ P.M.; Date:

❏  Federal Express, Priority Overnight

❏  United Parcel Service, Next Day Air

❏  United States Mail,

✓  By Electronic Mail - I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the above listed CM/ECF registrants.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California and that this declaration was executed on March 23, 2010 at Sacramento, California.

/s/ Gina Marquis
GINA MARQUIS

**SERVICE LIST**

**T. Robert Finlay**
Wright, Finlay & Zak, LLP
4665 MacArthur Court
Suite 280
Newport Beach, CA 92660
949-477-5050
949-477-9200 (fax)
rfinlay@wrightlegal.net

**Robert Betuel Norum**
Wright, Finlay & Zak, LLP
4665 MacArthur Court
Suite 280
Newport Beach, CA 92660
(949) 477-5021
Email: bnorum@wrightlegal.net

1  **Representing Defendants**
    American Home Mortgage Servicing, Inc.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Case 3:09-cv-05915-VRW Document 15 Filed 03/30/10 Page 6 of 7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

1